**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America** Plaintiff(s), | ) ) ) | Case No: 1:26-cr-00527-1 Magistrate Beth W. Jantz |
| v. | ) ) | |
| **Andrea Wellington** Defendant(s), | ) ) | |

**ORDER**

Initial appearance and arraignment held on 10/8/26. Defendant appears in response to arrest in the morning of 10/8/26. The Court finds defendant is unable to afford counsel. Enter order appointing Attorney Ryan Levitt as counsel for defendant. Defendant is advised of charges and informed of their rights. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court orally admonished the parties, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Defendant waives formal reading and enters plea of not guilty to all counts in the indictment. Government and Defendant agree on certain proposed conditions of release. The Court enters Order Setting Conditions of Release and Appearance Bond for $10,000. The Court read each of the conditions of release to Defendant, they stated that they understood them, and would comply. Defendant ordered released after processing. The Rule 16.1 (a) conference is to be held by 10/15/26. A schedule for pretrial motion will be set by separate order. A status hearing before Judge Bucklo is set for 10/23/26 at 10:00 a.m. Without objection, time is excluded from the date of arraignment to the next status hearing pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. The Government's oral motion to unseal the case is granted. The Clerk's Office is directed to unseal this case as to all defendants (X-T).

(00:10)

Date: 10/8/2026

Beth W. Jantz
United States Magistrate Judge